NATHAN ISAAC, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

Decision Filed November 18, 1922.

A Writ of Error to a Judgment of the Criminal Court of Record for Duval County; James M. Peeler, Judge.

*Stanton Walker,* for Plaintiff in Error;

*Rivers Buford*, Attorney General, and *Marvin C. Mc-Intosh*, Assistant Attorney General, for the State.

PER CURIAM.—The evidence in this case is of such a nature that the judgment of conviction should be and is hereby reversed for a new trial.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.